```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :      CRIMINAL ACTION
                               :
     v.                        :
                               :
DAVID T. SHULICK               :      NO. 16-428
```

ORDER

AND NOW, this 12th day of March, 2018, after a telephone conference with counsel, it is hereby ORDERED that:

(1) the unopposed motion of defendant David Shulick for continuance of the trial is GRANTED due to the physical injury and surgery of defendant's counsel; and

(2) the trial shall commence on Monday, April 16, 2018 at 10:00 A.M. in Courtroom 16A.  Counsel shall appear in Chambers at 9:30 A.M.

                                                BY THE COURT:

                                                /s/ Harvey Bartle III
                                                                               J.