```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA       :       CRIMINAL ACTION
                               :
     v.                        :
                               :
DAVID T. SHULICK               :       NO. 16-428
                               :
```

ORDER

AND NOW, this 13th day of April, 2018, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant for reconsideration of his motion to dismiss the indictment (Doc. # 117) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.