IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | NO. 16-428 |
| DAVID SHULICK | : | |

ORDER

BEFORE THE HONORABLE HARVEY BARTLE III

AND NOW, this 7th day of May, 2018, it is

ORDERED that the Clerk of Court for the Eastern District of Pennsylvania be and she is hereby directed to furnish refreshments for jurors engaged in the above entitled case as follows:

4/30/18 - Morning and afternoon refreshments
5/1/18 - Morning and afternoon refreshments
5/2/18 - Morning and afternoon refreshments
5/3/18 - Morning and afternoon refreshments
5/4/18 - Morning and afternoon refreshments

BY THE COURT:

/s/ Kristin R. Makely
ATTEST:_____
Kristin R. Makely
Deputy Clerk

cc:   Fiscal Section

5/4//2018     KRM
Date          By Whom

Civ 3(a) (5/89)
lunch.frm