IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: May 16, 2018 |
| vs. | : | |
| | : | |
| DAVID SHULICK | : | Criminal No. 16-428 |
| Gladwyne, PA | | |

**TAKE NOTICE** that the above-entitled case has been set for Sentencing in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on August 16, 2018 at 9:30 a.m. before the Honorable Harvey Bartle III , in Courtroom 16-A, 16th floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

/s/ Kristin R. Makely
Kristin R. Makely
Deputy Clerk to Judge Bartle

❏ INTERPRETER REQUIRED

THIS PROCEEDING HAS BEEN RESCHEDULED FROM:

Notice to:
Defendant
Hope Lefeber, Defense Counsel(via email)
Michael Donovan, A.U.S.A.(via email)
U.S. Marshal (via email)
Probation Office (via email)
Pretrial Services (via email)
Larry Bowman (vial email)

Cr 4 (rev. 8/98)