IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| DAVID T. SHULICK | : | NO. 16-428 |

ORDER

AND NOW, this 19th day of October, 2018, for the reasons set forth in the foregoing Memorandum, it is hereby ordered that the motion of defendant David T. Shulick for release on bail pending appeal (Doc. # 218) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                J.