IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| DAVID T. SHULICK | : | NO. 16-428 |

ORDER

And now, this 16th day of June 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the emergency motion of defendant David Shulick for compassionate release under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 254) is DISMISSED for lack of jurisdiction; and

(2) notwithstanding the dismissal of this motion, the Court states, pursuant to Rule 37(a) of the Federal Rules of Criminal Procedure, that it would not grant his motion for compassionate release and that said motion is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                J.