IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  CRIMINAL ACTION
:
v.  :
:
DAVID T. SHULICK  :  NO. 16-428

ORDER

AND NOW, this 13th day of March, 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendant David T. Shulick under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (Doc. # 283) is DENIED; and

(2) no certificate of appealability is issued.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.